folios 244 and 249.    Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Edward N. Chapman, Appellant, v. Julia E. Fowler, Respondent.— Judgment reversed, upon the ground that the findings of fact are really conclusions of law, and, therefore, insufficient under section 1022 of the Code of Civil Procedure; and the action is remitted to the justice before whom the same was tried, for findings and decision, without costs to either party.  Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Dora F. Christie, as Administratrix, etc., of Edward A. Christie, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion.  Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Matthew Coleman, Respondent, v. James McClenahan, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., for the Opening and Extending of Pitkin Avenue, etc.  Harris Brenowitz and Others, Appellants; The City of New York, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.  Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Louis C. Mertz, Appellant, v. Connecticut Company, Respondent.— Judgment and order unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

Rene Prieur, Respondent, Appellant, v. Ingvald C. Oes, Appellant, Respondent.— Judgment affirmed, without costs.  No opinion:  Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Sulzberger & Sons Company of America, a Corporation, Appellant.— Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, for error at folios 91, 92 and 93 of the record on appeal.  Jenks, P. J., Thomas and Stapleton, JJ., concurred; Burr and Rich, JJ., voted to affirm upon the ground that, though that testimony was incompetent, there was other testimony in the case clearly establishing defendant's guilt.

Benny Reiser, Appellant, v. Edison Electric Illuminating Company of Brooklyn, Respondent.— Interlocutory judgment affirmed, with costs. No opinion.  Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Hiram Whitman, Appellant, v.The Brooklyn Heights Railroad Company, Respondent.— Order of the County Court of Kings county unani-